Rev. 3/19

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

FILED _____ LODGED
_____ RECEIVED

JUN 30 2023

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY

Nathan Fouts
*Plaintiff's full name and prisoner number*

Plaintiff,

v.

Nurse Dian at mason county Jail who last name I don't know

medical director of mason county who Name I don't know

See Att!
*Defendant's/defendants' full name(s)*

Defendant(s).

Case No. 3:23-cv-05594-RAJ-DWC
(leave blank – for court staff only)

**PRISONER CIVIL RIGHTS COMPLAINT**

Jury Demand?
☐ Yes
☐ No

(If you cannot fit all of the defendants' names in the space provided, please write "see attached" in the space above and attach additional sheets of paper, as necessary, with the full list of names. The names listed here must be identical to those in Section II. Do not include addresses here. **Individuals whose names are not included in this section will not be considered defendants in this action.**)

## WARNINGS

1.  Do not use this form if you are challenging the validity of your criminal conviction or your criminal sentence. If you are challenging your conviction or sentence, or if you are seeking restoration of good-time credits that would shorten your sentence, you must file a Petition for Writ of Habeas Corpus. If you use this form to challenge your conviction or sentence, you risk having your claim dismissed. Separate forms are available for filing a habeas petition.

2.  Under the Prison Litigation Reform Act ("PLRA"), you are required to exhaust all remedies in your institution's grievance system that are available to you before filing suit. This generally means that you must file a grievance and, if it is denied, appeal it through all available levels of review. Your case may be dismissed if you fail to exhaust administrative remedies, unless the administrative grievance process was not "available" to you within the meaning of the PLRA. You are not required to plead or show that you have exhausted your claim in this complaint.

Page 1 of 9

3.   Please review your complaint carefully before filing. If your case is dismissed, it may affect your ability to file future civil actions while incarcerated without prepaying the full filing fee. Under the PLRA, a prisoner who has had three or more civil actions or appeals dismissed as frivolous, malicious, or for failure to state a claim cannot file a new action without first paying the full filing fee, unless the prisoner is in imminent danger of serious bodily injury.

4.   Under Federal Rule of Civil Procedure 5.2, papers filed with the court, including exhibits or attachments to a complaint, <u>may not</u> contain certain information, which must be modified as follows:

| Do <u>not</u> include: | Instead, use: |
|---|---|
| • a full social security number | → the last four digits |
| • a full birth date | → the birth year |
| • the full name of a minor | → the minor's initials |
| • a complete financial account number | → the last four digits |

5.   You may, but do not need to, send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint. Any documents you submit *must relate directly to the claims you raise in this lawsuit*. They will become part of the court record and *will not be returned to you.*

---

### I.   PLAINTIFF INFORMATION

**Fouts   Nathen B**
Name (Last, First, MI)                                          Aliases/Former Names

**Doc #323460 - Jail mcj 71694**
Prisoner ID #

**Mason County Jail**
Place of Detention

**P.O. Box 519**
Institutional Address

**Mason, Shelton**         **WA**         **98584**
County, City                State          Zip Code

*Indicate your status:*

☒ Pretrial detainee                    ☐ Convicted and sentenced state prisoner
☐ Civilly committed detainee           ☐ Convicted and sentenced federal prisoner
☐ Immigration detainee

## II. DEFENDANT INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint. Make sure that the defendant(s) listed below are identical to those contained in the caption on the first page of the complaint. Attach additional sheets of paper as necessary.*

Defendant 1: <u>Nurse Plan Mason county Jail Whom last Name I dont know</u>
Name (Last, First)

<u>Nurse</u>
Current Job Title

<u>Mason County Jail</u>
Current Work Address

<u>Mason Shelton</u>  <u>WA</u>  <u>98584</u>
County, City          State     Zip Code

Defendant 2: <u>medical direter of mason county Jail who I dont know Name of</u>
Name (Last, First)

<u>medical director</u>
Current Job Title

<u>Mason County Jail</u>
Current Work Address

<u>Mason Shelton</u>  <u>WA</u>  <u>98584</u>
County, City          State     Zip Code

Defendant 3: <u>See ATTH - 2</u>
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

_____
County, City      State      Zip Code

Atth: 2

Defendnt 3:

Provider Who I don't know name of the Proscribs me
Name

Provdr Mason couty Jail
Current Job tittle

Mason couty Jail
Currnt work adress

Mason  Shelton          WA                    98584
County  City            State                 Zip Code


Defednt 4: Mason County

Mason County Who I dont Know adess
Name


Curnt Job tittle

                      Dont Know Adess
Currnt work adress


County City            State              Zipcode

### III. STATEMENT OF CLAIM(S)

*In this section, you must explain what you believe each defendant did to violate your civil rights, and if you know, identify the federal statutory or constitutional right you believe was violated.*

*If you believe the defendant(s) violated your civil rights in more than one way, explain each violation under a different count. For example, if you believe you received constitutionally inadequate medical care and your religious rights were substantially burdened, include one claim under "Count I" (i.e., medical) and the other claim under "Count II" (i.e., religion).*

*Number your paragraphs. For example, in Count I, paragraphs should be numbered 1.1, 1.2, 1.3, etc., and in Count II, paragraphs should be numbered 2.1, 2.2, 2.3, etc. The first two paragraphs of each Count have been numbered for you.*

*If you have more than three counts, attach additional pages and follow the same format for each count.*

*If you attach documents to support the facts of your claim(s), you <u>must</u> specify which portion of the document(s) (i.e., page and paragraph) you are relying on to support the specific fact(s) of your claim(s). <u>If you do not specify the portion of the supporting document(s), the Court may disregard your document(s)</u>.*

### COUNT I

*Identify the first right you believe was violated and by whom:*

1.1 Nurse Dian who I dont know the name of mason county Jail 8th Admidment

*State the <u>facts</u> of your first claim below. Include all the facts you consider important. Be specific about dates, times, locations, and the names of the people involved. Describe exactly what each specific defendant did or failed to do that caused you injury or violated your rights, and include any other facts that show why you believe what happened was wrong. If you need additional space, you may attach extra sheets.*

1.2 I was perscribed gavapetun by a Provider here and another Medical Director without seeing me to asses my Pain took me off. Nurse Dian Left me with No Pain meds and told me I had to wait to see

Page 4 of 9

a Diffrnt provider Next week to asses me. I Declared a medical emergny and was deneid to Pain meds. Temporary Injunction and Permanat injuncton. The Pain I have comes from Perthes Calf diseuce a degenerete birth defect.

State with specificity the <u>injury, harm, or damages</u> you believe you suffered as a result of the events you described above in Count I. Continue to number your paragraphs.

dillebrnt In differney, malpractice, left in Excrusiating Pain, Loss of libertys.

## COUNT II

*Identify the second right you believe was violated and by whom:*

2.1 medical director of mason county Jail whom I don't know the Name of 8th admendment

*State the facts of your second claim below. Include all the facts you consider important. Be specific about dates, times, locations, and the names of the people involved. Describe exactly what each specific defendant did or failed to do that caused you injury or violated your rights, and include any other facts that show why you believe what happened was wrong. If you need additional space, you may attach extra sheets.*

2.2 I was perscribed gavapention for pain. the Provider I seen a Perscibed it to me. Nurse Dian came and told me the medical director of mason county Jail took me off it with seeing me or assesing my Pain level. Also declared 2 medical emergeys for pain and she failed to perscibe me or give me anything for relief. Temperary Injunction and Permanal Injunction.

*State with specificity the <u>injury, harm, or damages</u> you believe you suffered as a result of the events you described above in Count II. Continue to number your paragraphs.*

Lost liberty leaving me in pain

## COUNT III

*Identify the third right you believe was violated and by whom:*

3.1      See Atth' 3

*State the <u>facts</u> of your third claim below. Include all the facts you consider important. Be specific about dates, times, locations, and the names of the people involved. Describe exactly what each specific defendant did or failed to do that caused you injury or violated your rights, and include any other facts that show why you believe what happened was wrong. If you need additional space, you may attach extra sheets.*

3.2

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*State with specificity the injury, harm, or damages you believe you suffered as a result of the events you described above in Count III. Continue to number your paragraphs.*

_____

_____

_____

_____

ATTH 1

Provider who perscribed me gavapention who I dont know the name of mason County

Atth 3

## Count III

3:1 Provider who I don't Now the name of that persribed me gavapntn

3.2 was Persribed gavapnten by provider. Nurse Jion Care and told me medical directer took me off they dont do gavuerten for pain anymore Declared medical emrgneys on my pain Nurse Dinn would Not give me anything. And the medical director did Not see me to asses my Pain befor I was taken off. Im Losing my Libertys and am Left in pain.

## Count IIII

4.1 Mason County / State of washington 8th Amendment

4.2 Sam as Count III and they hired Inadaqret staff that are Not Properly trained that leave Patrence in Pain

## IV.   RELIEF

*State exactly what you want the Court to do for you. For example, you may be seeking money damages from an individual defendant, you may want the Court to order a defendant to do something or to stop doing something, or you may want both kinds of relief. Make no legal arguments. Cite no cases or statutes.*

This is a Tempary Injunction and Perminet injunction and I would like my gauipration back and I want money for Punitive damages Nuse Dion to lose her Job for Not giving me anything for pain after She took gauipration away

## V.   SIGNATURE

*By signing this complaint, you represent to the Court that you believe the facts alleged to be true to the best of your knowledge, that you believe those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.*

6-26-2023
Dated

_Nahree_
Plaintiff's Signature





Walter Halls
Mason county Jail
P.O. Box 519
Shelton, WA 98584

Clerk US District Court
1717 Pacific Ave, room 3100
Tacoma WA 98402

FILED _____ LODGED _____ RECEIVED
JUN 30 2023
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

