UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NATHAN BRADLEY FOUTS,

                Plaintiff,

v.

DIANE HOULTON, et al.,

                Defendants.

No. 3:23-CV-5594-RAJ-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     Defendants' Motion for Judgment on the Pleadings (Dkt. 46) is granted, and Plaintiff's claims are dismissed with prejudice.

(3)     The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this 23rd day of April, 2024.

                              The Honorable Richard A. Jones
                              United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1